FILED

AUG 2 9 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

Attachment 1 - Civil Complaint

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
_____WACO_____ DIVISION

Magnolia E. Doerr
_____
(Enter your full name)
        Plaintiff(s)

CASE NUMBER: __W18C/.257__
(Supplied by Clerk's Office)

Texas Workforce Commission UI General Counsel
_____
(Enter full name of each Defendant)
        Defendant(s)

## COMPLAINT

First Paragraph (Name and Address of Plaintiff)

Second Paragraph (Name and Address(es) of Defendant(s))

Third Paragraph (Jurisdiction Plea)

Fourth Paragraph (Allegation 1)

Fifth Paragraph (Allegation 2) ...

   The final paragraph should contain a statement of the relief you are seeking.   This paragraph should not be numbered.

_____  8/28/2018
Signature
Name (Typed or Printed)  Magnolia E. Doerr
Address   99 Mary Jane Circle, Copperas Cove, TX 76522
Telephone Number    254-290-5710

27

Rev. Ed. October 26, 2017

See reverse side for instructions

# TEXAS WORKFORCE COMMISSION
### Austin, Texas

FINDINGS AND DECISIONS OF COMMISSION
UPON REVIEW OF CLAIM FOR BENEFITS

**JUL 3 1 2018**
Date Mailed

C L A I M A N T

MAGNOLIA E DOERR
99 MARY JANE CIR
COPPERAS COVE, TX  76522-1126

Case Number:
2253947-3

E M P L O Y E R

TEXAS DEPARTMENT OF
CRIMINAL JUSTICE- DEPT 696
% TERRY BAILEY
2 FINANCIAL PLZ STE 600
HUNTSVILLE, TX  77340-3558

Social Security Number:
XXX-XX-8256

Prior Decision Date:
June 14, 2018

Appeal Filed by:    Claimant

On June 14, 2018, the Commission issued a decision in Case Number 2253947-2. The claimant has now filed a timely motion for rehearing in accordance with the provisions of Section 212.153 of the Texas Unemployment Compensation Act.

The Texas Administrative Code at 40 T.A.C. 815.17 provides that a motion for rehearing shall not be granted unless each of the following three criteria is met:

(A)   there is an offering of new evidence, which was not presented at the Appeal Tribunal level;
(B)   there is a compelling reason why the evidence was not presented earlier and,
(C)   there is a specific explanation of how consideration of the evidence would change the outcome of the case.

The Commission has considered the motion for rehearing and is of the opinion that it does not meet the criteria of Rule 17 and that the Commission's decision of June 14, 2018 was proper. Accordingly, a rehearing is denied.

Andres Alcantar
Commissioner Representing the Public

Ruth R. Hughs
Commissioner Representing Employers

I maintain the previous dissent in this case

Julian Alvarez
Commissioner Representing Labor



TEXAS WORKFORCE COMMISSION
COMMISSION APPEALS
101 EAST 15TH ST
AUSTIN TX  78778-0001

Appeal Rights from Motion for Rehearing Decision

A copy of the decision of the Texas Workforce Commission regarding the motion for rehearing made in this case is either printed on the reverse side of this form or attached. The decision will become final fourteen (14) days after the date of mailing of the decision. The date of mailing is set out at the top of the decision. All mailing dates are shown as month, day and year. Should you disagree with this decision, and wish to pursue the matter further, your ONLY recourse at this point is to file suit. In effect, such suit should be filed from the 15th through the 28th day after this decision was mailed. Further correspondence with the Commission will NOT serve to preserve your rights in this case.

Chapter 212 of the Texas Unemployment Compensation Act provides in Subchapter E that a party aggrieved by a final decision of the Commission may obtain judicial review of the decision by bringing an action against the Commission in a court of competent jurisdiction in the county of claimant's residence for a trial _de novo_ review of the decision. Such action must be brought between the 15th and the 28th day after the date of the Commission decision, and each other party to the proceeding before the Commission must be made a defendant in such action. If the claimant is not a Texas resident, such action must be filed in Travis County, or the Texas county where claimant's last employer has its principal place of business, or in the Texas county of claimant's last residence. The petition in such action must state the grounds on which review is sought, and must be served on a member of the Commission or on General Counsel, Suite 608, 101 E 15th St., Austin TX  78778, the person designated by the Commission to receive service on its behalf and there must be left with such person as many copies of the petition as there are defendants. This constitutes completed service on all parties, and the Commission immediately shall mail one copy of the petition to each defendant.

> **NOTICE TO CLAIMANT:**
> You must continue to conduct an active work search and keep records.

A-15(1006)

**Attachment 1 – Civil Complaint**

**First Paragraph :** Magnolia E. Doerr – 99 Mary Jane Circle, Copperas Cove, Texas 76522

**Second Paragraph :** Texas Workforce Commission/General Counsel
        101 E 15th Street, Suite 608
        Austin, Texas 78778

**Third Paragraph :** Jurisdiction Plea (please refer to another page attached)

**Fourth Paragraph :** Allegation 1 (please refer to another page attached)

**Fifth Paragraph :** Allegation 2 (please refer to another page attached)

**Final Paragraph :** Statement of Relief

**Attachment 4 – Motion To Proceed In Forma Pauperis**

### 3. Other Income

| | |
|---|---|
| a.) Business/Profession – U.S. Army Reserve – July 2018 | - $ 1,562.00 |
| d.) Disability – VA service connected disability – monthly | - $ 936.00 |
| e.) Gift – Soldier's Wish Foundation – help in car payment | - $ 2,500.00 |
| f.) any other sources – Catholic Charities Veterans Program | - $ 927.60 |

## Jurisdictional Plea

To the Honorable Judge:

I am writing this letter as my statement to seek consideration to the court to hear my plea that I do believe the court has jurisdiction over my Texas Workforce Commission Unemployment complaint. I am filing in court today the 28th August 2018, **"Motion for Rehearing Decision"** and for the court **"to grant"** my filing for a **"Pro-Se"** and **"Motion to Proceed in Forma Pauperis"**. I also appealing for a **"motion to appointment of counsel"**.

Allegations/Factual circumstances:

1. On October 23, 2018, I was told to go home and not to come back to work until I am cleared by my primary care doctor due to hallucination that may result from prescription drugs due to my service connected disability medication. I was not instructed anything on what to do but to follow what I was verbally told.

I asked if I was fired and Lt. Brenda Henry had shaken her head and told me repeatedly to follow what I was told. Meaning, I have to be cleared by my primary care doctor who prescribed me those medication. Unfortunately, due to VA Mental Health departments policy, I was not appropriately cleared out to go back to work by my primary care provider.

2. On October 28, 2018, I decided not to go back to work because nobody from the HR staff has properly informed me that I can go back to work. Around November 30, 2018; HR officer Karen Woody informed me to bring all of the government issuance to turn them in. I followed and cooperated with the order because I don't want to be in trouble for keeping government stuff. The same day I was trick to sign a resignation documents and was assured that I will be getting un-employment if I will resign, despite my argument that I can get unemployment insurance benefits if I am fired which is I think I was terminated because I got sent back home.

3. I pray that the court will appoint me a counsel to help me prepare and understand the process in filing the case and for the reason of my incapability and in ability to understand legal process.

4. I also believe that I have provided enough facts to the best of my knowledge and will provide even more facts soon.

Relief:

1. I ask the judge **"to grant"** this plea and for the judge **"to appoint me a counsel"**. A counsel is a must; and must be appointed to help me stablish a deliverance/argument at my case in court.

2. Another relief I requested is for the court to grant my **"motion to re-appoint counsel"** appeal; and will appoint me a counsel.

3. The final relief I am seeking is that the appointed counsel will help me seek any court cost owed by me from the other party (defendant).

In closing, I pray that the court will hear my **"Civil Complaint"** and **Motion To Appointment Counsel "** and **"to grant"** Motion To Proceed in Forma Pauperis**".

*Magnolia F. Doerr* 8/28/18
Plaintiff

**Fourth Paragraph: Allegation 1**

On October 23, 2018 I came to work and was told to go home and can not come back until I am cleared by my primary care doctor stating "I am good to go back to work". Meaning, I have to have a doctor's recommendation that I don't have history of hallucinations from my service connected disability and for the prescription medicine is free of hallucinogens. Due to VA hospital's mental health record policy, the doctor failed to write me recommendations. From that time on I was not back to be working at TDCJ. I considered myself "terminated" and seek advice from a certain counsel on what to do. On the 26th of October 2018, Atty. Andrews told I can start applying for unemployment benefits which I planned after that day.

**Fifth Paragraph: Allegation 2**

On or around November 30, 2017, HR staff Karen Woody called me and told me to surrender government issues; ID and uniforms. I did come in and return because I don't want to be in trouble. Then she tricked me in signing a resignation assuring me that I have to sign the papers for me to get a claim of unemployment benefits and also my work employee records would be good. But then after I signed Karen Woody berated me that I really do not understand English; I completely do not comprehend of what she was saying. In my understanding that she tricked me to cover herself. Aside from me arguing that I won't

sign the paper because I did not quit. I came to work willingly and but told to go home. I argue with Karen Woody in front of her secretary Ms. Jones I believe so that I can get a claim of unemployment being fired. I alleges TDCJ that terminated my employment on the 23rd October 2017.

I also alledge that TDCJ has just made my life miserable because I receive few response from companies I applied that I can not permanently employed. What did I do wrong? Furthermore, TDCJ has sought denial of my Unemployment benefits which is not really very fair. I felt I have done a crime being punished as such.

*[signature]* 8/28/2018

Attachment 1 - Civil Complaint

~~Fifth Paragraph~~ MD:

Final Paragraph: Statement of Relief

a.) I will dig and seek all and new evidences to offer for this case which was not presented at the Appeal level.

b) I will explain compelling reason showing why the evidence was not properly presented earlier time.

c) I will show specific reason/explanation for the evidence to be considered so to change the outcome of the case.

I pray and seek the judge mercy to consider and grant this petition to re-open unemployment insurance benefit claim and re-consideration of my appeal for motion for a new hearing to show and submit all pertaining evidence and documents.

I ask the judge to consider appointing me a court appointed counsel to fully understand and finished this case.

Magnolia F. Doerr    8/18/2018

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Magnolia F. Doerr

**DEFENDANTS** Texas Workforce Commission
101 E 15th Street, Suite 608

(b) County of Residence of First Listed Plaintiff: Coryell
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Travis
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
"Pro-Se"

Attorneys *(If Known)*: Commission General Counsel

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | PROPERTY RIGHTS | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | LABOR | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | SOCIAL SECURITY | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 791 Employee Retirement Income Security Act | FEDERAL TAX SUITS | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | IMMIGRATION | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | Other: | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☒ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Section 212.153 of the Texas Unemployment Compensation Act
Brief description of cause:
Texas Administrative Code 40 TAC. 815.17 Motion for Re-hearing

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____