FILED
FEB 22 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **DOERR** <br> *Plaintiff* <br><br> v. <br><br> **TEXAS WORKFORCE COMMISSION/GENERAL COUNSEL** <br> *Defendants* | CIVIL NO. 6:18-CV-00257-ADA-JCM |

## ORDER OF DISMISSAL

On this date came for consideration, *sua sponte*, the above-entitled cause of action. On January 28, 2019, the Court issued a Show Cause Order that ordered Plaintiff to provide proof to the Court by February 11, 2019 that service was made in accordance with Rule 4(l) or show good cause in writing for failure to serve Defendants. Document No. 6. Plaintiff has failed to respond to that Order. Under Rule 41(b) of the Federal Rules of Civil Procedure, the Court has the inherent power to dismiss a case *sua sponte* where necessary to achieve orderly, expeditious disposition of cases. In its Show Cause Order, the Court warned Plaintiff that failure to comply with its Order might result in dismissal of her case. Because Plaintiff has failed to comply with the Court's order, her case will be dismissed for want of prosecution. It is therefore **ORDERED** that the claims made by Plaintiff are **DISMISSED**. It is **FURTHER ORDERED** that this case is closed.

**SIGNED** this 22nd day of February 2019.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE